in the year. 1678. by which s^d Daniel is damnified £.250: or so much as shalbee made appeare with other due damages; . . . The Jury . . . found for the plaint. two hundred and Fifty pounds in money and costs of Court allow^d thirty one Shillings six pence.

Execution issued 17° October. 1679.

### BENNETT cont^a BENNETT

Elisha Bennet or his Lawfull Attourny plaint. cont^a John Bennet Defend^t This Action by order of Court is continued unto the next Court of this County.

### BEALE cont^a JAY

Nathaniel Beale of Hingham plaint. cont^a Jone Jay Widdow Defend^t in an action of debt to the value of Five pounds Seventeen Shillings and a penny due to the said Beale in money to ballance an Account made up between them on the. 7th May. 1679. with damages: . . . The Jury . . . found for the plaint five pounds Seventeen Shillings one penny in money & costs of Court allow^d twenty six Shillings six pence

Execution issued. 18° Decemb^r 79. [ 600 ]

### COLEMAN cont^a ATHERTON

William Coleman plaint. cont^a Watching Atherton Defend^t The plaint. withdrew his Action.

